UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 05 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>MARCEL ROY BENDSHADLER,<br><br>    Defendant - Appellant. | No. 10-30270<br><br>D.C. No. 3:07-cr-00535-BR-3<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered June 13, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                          FOR THE COURT:
                          Molly C. Dwyer
                          Clerk of Court

                          Synitha Walker
                          Deputy Clerk